```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD LICKTEIG,                                 :
                                                 :
                              Plaintiff,         :
                                                 :            1:19-cv-5263-GHW
            -against-                            :
                                                 :                 ORDER
CERBERUS CAPITAL MANAGEMENT, L.P.,               :
COVIS PHARMACEUTICALS, INC., COVIS               :
MANAGEMENT INVESTORS LLC, and COVIS              :
HOLDINGS, L.P.,                                  :
                                                 :
                              Defendants.        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 11, 2020, the Court held a conference regarding the discovery dispute raised in the parties' September 4, 2020 joint letter. Dkt. No. 62. For the reasons stated on the record, Defendants' objections to the relevance and proportionality of Plaintiff's Requests for Production of Documents 20, 24, and 25 are overruled. The parties are directed to meet and confer regarding the breadth and burden of those requests.

SO ORDERED.

Dated: September 11, 2020
New York, New York
                                                        _____
                                                              GREGORY H. WOODS
                                                            United States District Judge