```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RONALD LICKTEIG,                                  :
                                                  :
                              Plaintiff,          :
                                                  :         1:19-cv-5263-GHW
        -against-                                 :
                                                  :               ORDER
CERBERUS CAPITAL MANAGEMENT, L.P.,                :
COVIS PHARMACEUTICALS, INC., COVIS                :
MANAGEMENT INVESTORS LLC, and COVIS               :
HOLDINGS, L.P.,                                   :
                                                  :
                              Defendants.         :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court has received the parties' proposed protective order. Dkt. No. 69. The Court declines to enter that order because the parties failed to comply with Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases. The parties are directed to review and comply with the Court's Individual Rules.

       SO ORDERED.

Dated: September 24, 2020
New York, New York
                                              GREGORY H. WOODS
                                          United States District Judge