```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD LICKTEIG,   :
    :
                        Plaintiff,  :
    :      1:19-cv-5263-GHW
         -against-  :
    :      ORDER
CERBERUS CAPITAL MANAGEMENT, L.P.,  :
COVIS PHARMACEUTICALS, INC., COVIS  :
MANAGEMENT INVESTORS LLC, and COVIS  :
HOLDINGS, L.P.,  :
    :
                        Defendants. :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On November 4, 2020, the Court held a conference regarding the discovery disputes raised in the parties' October 30, 2020 letter. Dkt. No. 74. Defendants are granted leave to file a motion for a protective order in connection with the anticipated depositions of Brett Ingersoll and Michael Palmer. The deadline for Defendants to file and serve their motion is November 9, 2020. Plaintiff's opposition is due no later than November 13, 2020; Defendants' reply, if any, is due no later than November 17, 2020.

    For the reasons stated on the record, Paragraph 3 of the Stipulated Confidentiality Agreement and Protective Order, Dkt. No. 73, is amended to read as follows: "With respect to the Confidential portion of any Discovery Material other than deposition transcripts and exhibits, the Producing Party or its counsel may designate such portion as 'Confidential' by stamping or otherwise clearly marking as 'Confidential' the protected portion in a manner that will not interfere with legibility or audibility. Within three business days following receipt of a written request from a Party requesting the production of Discovery Material marked as Confidential for use in a public

filing or at trial, the Producing Party shall produce to that Party a copy of the requested Discovery Material with the confidential information redacted."

SO ORDERED.

Dated: November 5, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge