```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD LICKTEIG,  :
:
                              Plaintiff,  :
:           1:19-cv-5263-GHW
        -against-  :
:                ORDER
CERBERUS CAPITAL MANAGEMENT, L.P.,  :
COVIS PHARMACEUTICALS, INC., COVIS  :
MANAGEMENT INVESTORS LLC, and COVIS  :
HOLDINGS, L.P.,  :
:
                           Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On November 20, 2020, the Court held a conference regarding Defendants' motion for a protective order. Dkt. No. 78. For the reasons stated on the record, Defendants' motion is denied.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 78.

    SO ORDERED.

Dated: November 20, 2020
                                                         GREGORY H. WOODS
                                                    United States District Judge