USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD LICKTEIG,                                  :
                                                  :
                         Plaintiff,   :
                                                  :        1:19-cv-5263-GHW
        -against-                                :
                                                  :        ORDER
CERBERUS CAPITAL MANAGEMENT, L.P.,                :
COVIS PHARMACEUTICALS, INC., COVIS                :
MANAGEMENT INVESTORS LLC, and COVIS               :
HOLDINGS, L.P.,                                   :
                                                  :
                        Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record during the conference held on December 1, 2020, Plaintiff's request for an extension of time to complete discovery, Dkt. No. 87, is granted. The deadline for the completion of all fact discovery is extended to March 1, 2021. The deadline for the parties to serve requests for admission is extended to January 28, 2021. The deadline for the parties to complete depositions is extended to February 15, 2021.

        The deadline for the completion of all expert discovery is extended to April 19, 2021. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by March 1, 2021. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by March 15, 2021. The deadline for submission of motions for summary judgment, if any, is extended to May 19, 2021. The status conference scheduled for February 2, 2021 is adjourned to May 4, 2021 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on June 4, 2020, Dkt. No. 44, is due no later than April 27, 2021. Except

as expressly modified by this order, the case management plan entered by the Court on June 4, 2020, remains in full force and effect.

SO ORDERED.

Dated:  December 2, 2020

_____
GREGORY H. WOODS
United States District Judge