USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD LICKTEIG,  :
  :
                      Plaintiff,  :
  :       1:19-cv-5263-GHW
       -against-  :
  :       ORDER
CERBERUS CAPITAL MANAGEMENT, L.P.,  :
COVIS PHARMACEUTICALS, INC., COVIS  :
MANAGEMENT INVESTORS LLC, and COVIS  :
HOLDINGS, L.P.,  :
  :
                      Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 6, 2021, the Court held a conference regarding Plaintiff's motion to compel the deposition of Dean Mitchell. Dkt. No. 98. For the reasons stated on the record, Plaintiff's motion is DENIED.

SO ORDERED.

Dated: January 6, 2021

                                                                  GREGORY H. WOODS
                                                               United States District Judge