**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD LICKTEIG, | Civil Action No. 19-cv-05263-GHW |
| Plaintiff, | ECF Case |
| - against - | NOTICE OF MOTION TO EXCLUDE |
| CERBERUS CAPITAL MANAGEMENT, L.P., COVIS PHARMACEUTICALS, INC., COVIS MANAGEMENT INVESTORS LLC, COVIS HOLDINGS, L.P., and DEAN MITCHELL, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Cerberus Capital Management, L.P. ("Cerberus"), Covis Holdings, L.P. ("Covis Holdings"), Covis Pharmaceuticals, Inc. ("CPI"), and Covis Management Investors LLC ("MIP I" and, collectively with Cerberus, Covis Holdings, and CPI, "Defendants") upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude, and the Declaration of Frank T.M. Catalina, with attached exhibits, in support thereof, will move this Court, through its undersigned counsel, before the Honorable Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York, at a date and time to be decided by the Court, for an Order granting its Motion to Exclude the Proffered Expert Testimony of Jeffrey Ammerman pursuant to Rule 702 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully requests oral argument at a time and date that is convenient to the Court.

-2-

Dated:  August 16, 2021
New York, New York

By: /s/ Sheila A. Sadighi
Sheila A. Sadighi (*pro hac vice*)
Frank T.M. Catalina
Jennifer A. Randolph
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
ssadighi@rksllp.com
fcatalina@rksllp.com
jrandolph@rksllp.com

*Attorneys for Defendants*
