UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD LICKTEIG, <br><br> Plaintiff, <br><br> - against - <br><br><br><br> CERBERUS CAPITAL MANAGEMENT, L.P., COVIS PHARMACEUTICALS, INC., COVIS MANAGEMENT INVESTORS LLC, COVIS HOLDINGS, L.P., and DEAN MITCHELL, <br><br> Defendants. | Civil Action No. 19-cv-05263-GHW <br><br> ECF Case <br><br> **[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF PHILLIP H. KANYUK** |

The above-captioned matter came on for hearing before the Honorable Gregory H. Woods, United States District Judge on _____ upon Defendants Cerberus Capital Management, L.P., Covis Holdings, L.P., Covis Pharmaceuticals, Inc., and Covis Management Investors LLC (collectively "Defendants") Motion to Exclude the Proffered Expert Testimony of Phillip H. Kanyuk,

The Court having considered the motion, files, records and memoranda submitted herein and the arguments of the parties:

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion to Exclude the Proffered Expert Testimony of Phillip H. Kanyuk is Granted.

Dated: _____, 2021

                                                              _____
                                                              Gregory H. Woods,
                                                              United States District Judge