```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD LICKTEIG,                                                 :
                                                                 :
                                        Plaintiff,               :
                                                                 :
                        -against-                                :
                                                                 :
CERBERUS CAPITAL MANAGEMENT, L.P.,                               :
COVIS PHARMACEUTICALS, INC., COVIS                               :
MANAGEMENT INVESTORS LLC, COVIS                                  :
HOLDINGS, L.P., and DEAN MITCHELL,                               :
                                                                 :
                                        Defendants.              :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/11/22

1:19-cv-5263-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 11, 2022, the Court held a conference to address Plaintiff's anticipated motion for sanctions, Dkt. No. 189, and Defendants' motions to seal, Dkt. Nos. 133, 172.

For the reasons stated on the record, Defendants' motions to seal are denied. The Court expects Defendants to file unredacted versions of the documents identified in those motions, or alternatively a renewed application to seal the documents, on or before March 4, 2022.

The Court expects that any motion for sanctions from Plaintiff will be filed no sooner than April 4, 2022. Defendants' opposition is due 21 days following service of Plaintiff's motion. Plaintiff's reply, if any, is due one week following service of Defendants' opposition.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 133 and 172.

SO ORDERED.

Dated: February 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge