

Sheila Sadighi
Managing Partner

300 Executive Drive – Suite 275
West Orange, NJ 07052
973.996.4991
ssadighi@rksllp.com

February 15, 2022

VIA ECF

The Honorable Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260, New York, New York 10007

**Re:** *Lickteig v. Cerberus Capital Management, L.P., et al.*, **19-cv-5263**

Dear Judge Woods,

This firm represents Defendants in the above-referenced action. We write regarding Your Honor's February 11, 2022 Order denying Defendants' motion to seal and directing Defendants to file unredacted versions of the documents that were the subject of that motion or, alternatively, to submit a renewed application to seal those documents on or before March 4, 2022. ECF No. 192.

We write to inform the Court that Defendants have considered the documents again, consistent with Your Honor's guidance at the February 11, 2022 conference, consulted with our clients, and, in light of the ruling, do not intend to renew the application to seal. Defendants will file unredacted copies with the Court promptly.

We appreciate the Court's attention and are available at the Court's convenience should there be any questions.

Respectfully submitted,

Sheila A. Sadighi

cc: All counsel of record