```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RONALD LICKTEIG,

                              Plaintiff,

  -against-

CERBERUS CAPITAL MANAGEMENT, L.P. ET AL,

                            Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**19-CV-5263 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (ECF No. 221). A telephone conference will be held on **Wednesday, May 25, 2022 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: April 22, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge