```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONALD LICKTEIG

                            Plaintiff,

         -against-

CERBERUS CAPITAL MANAGEMENT, L.P.,
COVIS PHARMACEUTICALS, INC., COVIS
MANAGEMENT INVESTORS LLC, COVIS
HOLDINGS, L.P., and DEAN MITCHEL,

                            Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**19-CV-5263 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, July 14, 2022 at 3:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: July 13, 2022
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge